IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **FAISAL ABDEL KADER AZIZULLAH,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:11-CV-3336-L** |
| | § | |
| **TRACY TARANGO, District Director,** | § | |
| **United States Citizenship and Immigration** | § | |
| **Services, ERIC H. HOLDER, JR.,** | § | |
| **United States Attorney General, and** | § | |
| **SARAH SALDAÑA**, | § | |
| **United States Attorney,** | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the court is Defendants' Motion to Dismiss Complaint for Naturalization, filed February 3, 2012. Plaintiff Faisal Abdel Kader Azizullah ("Plaintiff") did not file a response. On March 12, 2012, the court referred Defendants' Motion to Dismiss Complaint for Naturalization to United States Magistrate Judge Jeff Kaplan for findings and recommendations. On March 23, 2012, the magistrate judge filed the Findings and Recommendations of the United States Magistrate Judge ("Report"). He recommended that the action be dismissed for lack of subject matter jurisdiction. Plaintiff filed no objections to the Report.

After careful consideration of the Report, record, and applicable law, the court determines that the findings and conclusions of the magistrate judge are correct. They are accepted as those of the court. Accordingly, the court **grants** Defendants' Motion to Dismiss Complaint for Naturalization, and this action is **dismissed without prejudice** for lack of subject matter jurisdiction.

Order - Page 1

**It is so ordered** this 10th day of April, 2012.

Sam A. Lindsay
United States District Judge

**Order - Page 2**